IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES FREEMAN, | : |
| Plaintiff | : |
| v. | : CIVIL NO. 3:10-CV-1545 |
| J. A. MILLER, et al., | : (Judge Munley) |
| Defendants | : |

## ORDER

AND NOW, to wit, this 11th day of March, 2014, for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** that:

1. Remaining Defendants' motion for summary judgment (Doc. 136) is **GRANTED**.

2. The claims against the John/Jane Doe Defendants are **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT:

JUDGE JAMES M. MUNLEY
United States District Court

16